IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARLINGTON INDUSTRIES, INC.,** | : | **CIVIL ACTION NO. 3:01-CV-0485** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **BRIDGEPORT FITTINGS, INC.,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 2nd day of February, 2006, upon consideration of defendant's motion (Doc. 254) to file under seal its opposition to plaintiff's motion to enter defendant's confession of judgment and injunction, and it appearing that the parties agreed to keep this information confidential (see Doc. 254 at 2),[1] it is hereby ORDERED that:

1. Defendant's motion (Doc. 254) to file under seal is GRANTED.

2. The Clerk of Court is directed to file under seal defendant's opposition (Docs. 255, 256).

                                                                                              /s/ Christopher C. Conner
                                                                                              CHRISTOPHER C. CONNER
                                                                                              United States District Judge

---

[1] The court notes that plaintiff filed its motion (Doc. 253) to enter defendant's confession of judgment and injunction under seal.