# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARLINGTON INDUSTRIES, INC.,** | : | **CIVIL ACTION NO. 3:01-CV-0485** |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **BRIDGEPORT FITTINGS, INC.,** | : | |
| Defendant | : | |

---

| | | |
|---|---|---|
| **BRIDGEPORT FITTINGS, INC.,** | : | **CIVIL ACTION NO. 3:05-CV-2622** |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **ARLINGTON INDUSTRIES, INC.,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 6th day of April, 2006, upon consideration of the motions (Civil Action No. 3:01-CV-0485, Doc. 266; Civil Action No. 3:05-CV-2622, Doc. 39) to consolidate the above-captioned cases, and the motions (Civil Action No. 3:01-CV-0485, Doc. 264; Civil Action No. 3:05-CV-2622, Doc. 37) to file these documents under seal, and it appearing that the above-captioned cases involve common parties and common questions of fact and law, see FED. R. CIV. P. 42(a), that none of the parties oppose consolidation of the above-captioned cases, see Cella v. Togum Constructeur Ensembleier en Industrie Alimentaire, 173 F.3d 909, 912-13 (3d Cir. 1999) (discussing consolidation), and that the parties agreed to keep this

information confidential (see Civil Action No. 3:01-CV-0485, Doc. 265 at 1; Civil Action No. 3:05-CV-2622, Doc. 38 at 1), it is hereby ORDERED that:

1. The motions (Civil Action No. 3:01-CV-0485, Doc. 266; Civil Action No. 3:05-CV-2622, Doc. 39) to consolidate the above-captioned cases are GRANTED.

2. The above-captioned cases are CONSOLIDATED for all purposes.

3. The Clerk of Court is directed to REOPEN the case docketed as Civil Action No. 3:01-CV-0485.

4. The Clerk of Court is directed to CONSOLIDATE the case docketed as Civil Action No. 3:05-CV-2622 into the case docketed as Civil Action No. 3:01-CV-0485 and to CLOSE the case docketed as Civil Action No. 3:05-CV-2622.

5. All future documents filed in this consolidated case shall be filed under the case docketed as Civil Action No. 3:01-CV-0485.

6. The motions (Civil Action No. 3:01-CV-0485, Doc. 264; Civil Action No. 3:05-CV-2622, Doc. 37) to file under seal are GRANTED.

7. The Clerk of Court is directed to file under seal the motions to consolidate (Civil Action No. 3:01-CV-0485, Doc. 266; Civil Action No. 3:05-CV-2622, Doc. 39).

      /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge