# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARLINGTON INDUSTRIES, INC.,** | : | **CIVIL ACTION NO. 3:01-CV-0485** |
| **Plaintiff** | : | **(CONSOLIDATED)** |
| v. | : | (Judge Conner) |
| **BRIDGEPORT FITTINGS, INC.,** | : | |
| **Defendant** | : | |

-----------------------------------------------------------------------

| | |
|---|---|
| **BRIDGEPORT FITTINGS, INC.,** | : |
| **Plaintiff** | : |
| v. | : |
| **ARLINGTON INDUSTRIES, INC.,** | : |
| **Defendant** | : |

## ORDER

AND NOW, this 9th day of March, 2007, upon consideration of the correspondence submitted by the parties, and following a telephone conference with the parties, in which Arlington Industries, Inc. ("Arlington") requests that portions of Bridgeport Fitting, Inc.'s supplemental <u>Markman</u> brief (Doc. 344) and of the expert declaration of J. Brian P. Williamson (Doc. 345, Ex. 13) be stricken from the record,[1] it is hereby ORDERED that:

---

[1] Arlington specifically requests that paragraphs 9 through 16 and paragraph 21 of the expert declaration be stricken. Arlington also requests that Section IV and the beginning of Section V of the supplemental <u>Markman</u> brief be stricken, as well as the new legal arguments in the brief.

1. Arlington Industries, Inc.'s request to strike portions of Bridgeport Fitting, Inc.'s supplemental <u>Markman</u> brief and of the expert declaration of J. Brian P. Williamson is DENIED.

2. Arlington Industries, Inc. shall be permitted to file, on or before March 30, 2007, a reply to Bridgeport Fitting, Inc.'s supplemental <u>Markman</u> brief.

   a. The reply shall be <u>limited solely to the new legal arguments</u> raised in the supplemental brief.

   b. The reply shall not exceed six (6) pages.


    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge