BRIEF IN SUPPORT OF DEFENDANT BRIDGEPORT FITTINGS, INC.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT dated May 1, 2008 is being filed separately under seal.