# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARLINGTON INDUSTRIES, INC.,** | : | **CIVIL ACTION NO. 3:01-CV-0485** |
| | : | |
| Plaintiff | : | **(CONSOLIDATED)** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **BRIDGEPORT FITTINGS, INC.,** | : | |
| | : | |
| Defendant | : | |

-------------------------------------------------------------------------

| | |
|---|---|
| **BRIDGEPORT FITTINGS, INC.,** | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : |
| | : |
| **ARLINGTON INDUSTRIES, INC.,** | : |
| | : |
| Defendant | : |

## **ORDER**

AND NOW, this 9th day of May, 2008, upon consideration of defendant Bridgeport Fittings, Inc.'s ("Bridgeport") motion for summary judgment on its claim of non-violation of the Lanham Act and on plaintiff Arlington Industries, Inc.'s claim of false advertising (Doc. 388), and it appearing that the parties have stipulated to the dismissal with prejudice of all causes of action relating to false

advertising asserted by either party (see Doc. 413),[1] it is hereby ORDERED that the motion for summary judgment (Doc. 388) is DENIED as moot.

                                          S/ Christopher C. Conner
                                          CHRISTOPHER C. CONNER
                                          United States District Judge

---

[1] Bridgeport's claim of non-violation of the Lanham Act appears to be grounded in false advertising. If this is not the case and the parties did not intend the stipulation of dismissal to reach this claim, Bridgeport may re-file a motion for summary judgment with respect to this claim.