'IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARLINGTON INDUSTRIES, INC.,** | : | **CIVIL ACTION NO. 3:01-CV-0485** |
| Plaintiff | : | **(CONSOLIDATED)** |
| v. | : | **(Judge Conner)** |
| **BRIDGEPORT FITTINGS, INC.,** | : | |
| Defendant | : | |

-------------------------------------------------------------------------

| | |
|---|---|
| **BRIDGEPORT FITTINGS, INC.,** | : |
| Plaintiff | : |
| v. | : |
| **ARLINGTON INDUSTRIES, INC.,** | : |
| Defendant | : |

## **ORDER**

AND NOW, this 9th day of May, 2008, pursuant to the stipulation of the parties (Doc. 413), it is hereby ORDERED pursuant to Federal Rule of Civil Procedure 41(a)(1) and (c) that:

1. Count II of Arlington Industries, Inc.'s Answer and Counterclaims to Bridgeport Fittings, Inc.'s Complaint for Declaratory Judgment, for False Advertising in violation of the Lanham Act, 15 U.S.C. § 1125(a), is dismissed with prejudice and on the merits; and

    2.    Count II of Bridgeport Fittings, Inc.'s Complaint for Declaratory Judgment, for Declaratory Relief for Non-Violation of Lanham Act, is dismissed with prejudice and on the merits.

        S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge