# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Arlington Industries, Inc., ) | Civil Action No. 3:01-cv-0485 |
| ) | (CONSOLIDATED) |
| Plaintiff, ) | |
| vs. ) | (Judge Christopher C. Conner) |
| ) | |
| Bridgeport Fittings, Inc., ) | |
| ) | |
| Defendant. ) | |

---

| | |
|---|---|
| Bridgeport Fittings, Inc., ) | |
| ) | |
| Consolidated Plaintiff, ) | |
| vs. ) | |
| ) | |
| Arlington Industries, Inc., ) | |
| ) | |
| Consolidated Defendant. ) | |

FILED
HARRISBURG, PA
MAR 9 2010
MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

## ORDER

WHEREAS, on October 19, 2009, Plaintiff/Consolidated Defendant Arlington Industries, Inc. ("Arlington") filed a motion for permanent injunction (Dkt. No. 641);

WHEREAS, on October 19, 2009, Defendant/Consolidated Plaintiff Bridgeport Fittings, Inc. ("Bridgeport") filed a motion to stay enforcement of the 2006 permanent injunction (Dkt. No. 649);

WHEREAS, on March 9, 2010, this Court entered an Order granting both Arlington's motion for permanent injunction and Bridgeport's motion to stay enforcement of the 2006 permanent injunction (Dkt. No. 776); and

WHEREAS, this Court's March 9, 2010 Order conditions the stays of injunction upon Bridgeport posting a bond with the court in the amount of $720,727.25.

NOW, THEREFORE, this 29th day of March, 2010, IT IS HEREBY ORDERED that:

The attached supersedeas bond in the principal sum of $720,727.25, with Bridgeport as principal and Berkley Regional Insurance Company as surety, is approved as to form and amount.

BY THE COURT:

Christopher C. Conner
United States District Judge