# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARLINGTON INDUSTRIES, INC.,** | : | **CIVIL ACTION NO. 3:01-CV-0485** |
| **Plaintiff** | : | **(CONSOLIDATED)** |
| v. | : | **(Judge Conner)** |
| **BRIDGEPORT FITTINGS, INC.,** | : | |
| **Defendant** | : | |

-------------------------------------------------------------------------

| | | |
|---|---|---|
| **BRIDGEPORT FITTINGS, INC.,** | : | |
| **Consolidated Plaintiff** | : | |
| v. | : | |
| **ARLINGTON INDUSTRIES, INC.,** | : | |
| **Consolidated Defendant** | : | |

## **ORDER**

AND NOW, this 28th day of January, 2011, upon consideration of the motion (Doc. 810) to expedite briefing on Arlington Industries, Inc.'s emergency motion to lift stay (Doc. 808) filed by Arlington Industries, Inc. on January 24, 2011, and the motion (Doc. 814) to stay briefing on the motion to lift stay (Doc. 808), filed by Bridgeport Fittings, Inc., on January 27, 2011, and following a telephone conference on the motion (Doc. 810) to expedite briefing held on January 28, 2011, it is hereby ORDERED that:

1. The motion (Doc. 810) to expedite briefing on the emergency motion to lift stay (Doc. 808) is GRANTED in part, and DENIED in part.

    a. Bridgeport Fittings, Inc. shall file a brief in opposition to the emergency motion to lift stay (Doc. 808) on or before February 7, 2011 at 5 p.m. Eastern Standard Time.

    b. Arlington Industries, Inc. may file a reply brief on or before February 10, 2011 at 5 p.m. Eastern Standard Time.

2. The motion (Doc. 814) to stay briefing is DENIED.

        S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge