# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ARLINGTON INDUSTRIES, INC.,** : | **CIVIL ACTION NO. 3:01-CV-0485** |
| Plaintiff : | **(CONSOLIDATED)** |
| v. : | **(Judge Conner)** |
| **BRIDGEPORT FITTINGS, INC.,** : | |
| Defendant : | |

---

| | |
|---|---|
| **BRIDGEPORT FITTINGS, INC.,** : | |
| Consolidated Plaintiff : | |
| v. : | |
| **ARLINGTON INDUSTRIES, INC.,** : | |
| Consolidated Defendant : | |

## ORDER

AND NOW, this 28th day of June, 2011, upon consideration of the court's amending order (Doc. 828) dated April 20, 2011, wherein the court stated that the stay of permanent injunctions in the above-captioned case "shall be immediately lifted" upon the issuance of an order by the Federal Circuit denying Bridgeport Fittings, Inc.'s ("Bridgeport") motion for stay of injunctions, and directing Arlington Industries, Inc. ("Arlington") to notify the court upon the issuance of such order, and upon further consideration of the correspondence from Arlington, in which Arlington provides the June 23, 2011 order of the Federal Circuit denying

Bridgeport's motion to stay injunctions, it is hereby ORDERED that the stay of injunctions (Doc. 776) is LIFTED, effective June 23, 2011.

        S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge